# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
LEDENBACH, LARRY R. § Case No. 08-26199
LEDENBACH, LUCEA M. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on          . The undersigned trustee was appointed on                   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Payments to the debtor

      Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $____ as interim compensation and now requests a sum of $____, for a total compensation of $____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DAVID R. BROWN_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-26199 JHS  Judge: JOHN H. SQUIRES | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | LEDENBACH, LARRY R. | | Date Filed (f) or Converted (c): | 09/30/08 (f) |
| | LEDENBACH, LUCEA M. | | 341(a) Meeting Date: | 11/04/08 |
| For Period Ending: | 10/08/09 | | Claims Bar Date: | 08/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/3 tenant-in-common interest in an undivided 1/3 | 140,000.00 | 140,000.00 | | 147,150.57 | FA |
| 2. Single family home located at 834 N. Summit, Wheat | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 3. National City Bank checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. 1 stereo system, 3 small tvs | 450.00 | 0.00 | DA | 0.00 | FA |
| 5. 3 year old computer/moniter/printer, | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. appliances | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. family room set, | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8. flat screen tv, 1 stereo system | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. laptop computer &amp; printer | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Living room set &amp; misc, rolltop desk &amp; TV | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 11. misc kitchenwares | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. Oak table with 5 chairs | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. quilts and misc decorations | 500.00 | 0.00 | DA | 0.00 | FA |
| 14. Single bed, 3 end tables,crib, | 180.00 | 0.00 | DA | 0.00 | FA |
| 15. table &amp; chairs, trunk | 500.00 | 0.00 | DA | 0.00 | FA |
| 16. Antique double bed, 3 antique dressers | 570.00 | 0.00 | DA | 0.00 | FA |
| 17. Antique oak desk and 3 dressers, antique 3/4 bed, | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 18. antique piano | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 19. Family picture albums | 100.00 | 0.00 | DA | 0.00 | FA |
| 20. oak buffet, china cabinet, misc | 600.00 | 0.00 | DA | 0.00 | FA |
| 21. other prints, books, misc decorations | 300.00 | 0.00 | DA | 0.00 | FA |
| 22. Water color prints, | 200.00 | 0.00 | DA | 0.00 | FA |
| 23. Misc dress, work and casual clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 24. misc jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 25. camera | 100.00 | 0.00 | DA | 0.00 | FA |
| 26. camping eqpt | 150.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 08-26199 JHS Judge: JOHN H. SQUIRES | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | LEDENBACH, LARRY R. | Date Filed (f) or Converted (c): | 09/30/08 (f) |
| | LEDENBACH, LUCEA M. | 341(a) Meeting Date: | 11/04/08 |
| | | Claims Bar Date: | 08/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. canoe | 75.00 | 0.00 | DA | 0.00 | FA |
| 28. ski machine | 50.00 | 0.00 | DA | 0.00 | FA |
| 29. 401k through Wheaton Eye Clinic | 87,000.00 | 0.00 | DA | 0.00 | FA |
| 30. Craftsmen of Wheaton, Inc. stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 31. 1/9 interest in operating partnership of the Brunk | 0.00 | 0.00 | DA | 0.00 | FA |
| 32. Money owed by brother, Bob Ledenbach | 500.00 | 0.00 | DA | 0.00 | FA |
| 33. 2007 Honda CRV | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 34. Half interest in 2001 Toyota Tacoma. Title held j | 3,600.00 | 0.00 | DA | 0.00 | FA |
| 35. computer table, , desk, file cabinets, copier, | 220.00 | 0.00 | DA | 0.00 | FA |
| 36. 1/9 interest in misc farming implements/ assets fr | 0.00 | 0.00 | DA | 0.00 | FA |
| 37. ladders, lawn mower, snow blower, misc small hand | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 170.33 | Unknown |

TOTALS (Excluding Unknown Values)     $738,995.00     $140,000.00     $147,320.90

Gross Value of Remaining Assets: $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/09     Current Projected Date of Final Report (TFR): 09/30/09

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.01

FORM 2

Page: 1

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-26199 -JHS | | Trustee Name: | DAVID R. BROWN |
| Case Name: | LEDENBACH, LARRY R. | | Bank Name: | Union Bank |
| | LEDENBACH, LUCEA M. | | Account Number / CD #: | *******1267 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5905 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/09 | 1 | Shimanek Shimanek & Bowman Trust Account<br>Box 351<br>Monticello, IA 52310 | Sale of Brunkan Family Farm | 1110-000 | 147,150.57 | | 147,150.57 |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.000 | 1270-000 | 26.80 | | 147,177.37 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.000 | 1270-000 | 45.15 | | 147,222.52 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 31.25 | | 147,253.77 |
| 08/03/09 | INT | Union Bank of California | INTEREST REC'D FROM BANK | 1270-000 | 5.64 | | 147,259.41 |
| 08/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 31.25 | | 147,290.66 |
| 09/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | 30.24 | | 147,320.90 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 147,320.90 | 0.00 | 147,320.90 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 147,320.90 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 147,320.90 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1267 | 147,320.90 | 0.00 | 147,320.90 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 147,320.90 | 0.00 | 147,320.90 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  147,320.90  0.00

Ver: 15.01

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-26199
Case Name: LEDENBACH, LARRY R.
    LEDENBACH, LUCEA M.
Trustee Name: DAVID R. BROWN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DAVID R. BROWN | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | CAPITAL ONE BANK (USA), N.A. | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ | $ |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ | $ |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ | $ |
| 000005 | PYOD LLC as assignee of Citibank | $ | $ |
| 000006 | PYOD LLC as assignee of Citibank | $ | $ |
| 000007 | LVNV Funding LLC | $ | $ |
| 000008 | PYOD, LLC, as assignee of Citibank | $ | $ |
| 000009 | FIA Card Serv., succ. to Bank of America | $ | $ |
| 000010 | FIA Card Services, NA./Bank of America | $ | $ |
| 000011 | Buikema's Ace Hardware | $ | $ |
| 000012 | Advanta Bank Corp | $ | $ |
| 000013 | CHASE BANK USA | $ | $ |
| 000014 | CHASE BANK USA | $ | $ |
| 000015 | CHASE BANK USA | $ | $ |
| 000016 | CHASE BANK USA | $ | $ |
| 000017 | CHASE BANK USA | $ | $ |
| 000018 | Capital Recovery II LLC | $ | $ |
| 000019 | American Express Bank FSB | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000020 | FE Wheaton & Co./Pro Build | $ | $ |
| 000021 | American Express Bank FSB | $ | $ |
| 000022 | Great Lakes Higher Ed Guaranty Corp. | $ | $ |
| 000023 | American Express Centurion Bank | $ | $ |
| 000024 | 1-800-Got Junk? | $ | $ |
| 000025 | Control'd Engineering Ge | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | Corporate Payment Services/GECFI | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.