UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEDENBACH, LARRY R. §   Case No. 08-26199
LEDENBACH, LUCEA M. §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK, U.S. BANKRUPTCY COURT
    7th Floor, Federal Building
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/20/2009 in Courtroom 4016,
    United States Courthouse
    505 N. County Farm Road
    Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


  Date Mailed: 10/08/2009              By:   /s/ David R. Brown /s/

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187


UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEDENBACH, LARRY R. §   Case No. 08-26199
LEDENBACH, LUCEA M. §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 147,320.90 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 147,320.90 |

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*
_____          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DAVID R. BROWN* | $ 10,616.05 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|            *Reason/Applicant*            | *Fees*         | *Expenses*     |
|------------------------------------------|----------------|----------------|
| *Fees:*_____    | $_____    | $_____    |
| *Other:*_____    | $_____    | $_____    |
| *Other:*_____    | $_____    | $_____    |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|            *Reason/Applicant*            | *Fees*         | *Expenses*     |
|------------------------------------------|----------------|----------------|
| *Attorney for debtor:*_____ | $_____   | $_____    |
| *Attorney for:*_____ | $_____    | $_____    |
| *Accountant for:*_____ | $_____    | $_____    |
| *Appraiser for:*_____ | $_____    | $_____    |
| *Other:*_____  | $_____    | $_____    |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 232,536.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.8 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ 5,155.80 | $ 3,031.02 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ 5,365.49 | $ 3,154.30 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 2,150.97 | $ 1,264.53 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 2,407.14 | $ 1,415.12 |
| 000005 | PYOD LLC as assignee of Citibank | $ 15,121.41 | $ 8,889.67 |
| 000006 | PYOD LLC as assignee of Citibank | $ 6,558.19 | $ 3,855.47 |
| 000007 | LVNV Funding LLC | $ 6,416.10 | $ 3,771.94 |
| 000008 | PYOD, LLC, as assignee of Citibank | $ 959.49 | $ 564.07 |
| 000009 | FIA Card Serv., succ. to Bank of America | $ 9,247.68 | $ 5,436.58 |
| 000010 | FIA Card Services, NA./Bank of America | $ 9,407.69 | $ 5,530.66 |
| 000011 | Buikema's Ace Hardware | $ 1,491.52 | $ 876.84 |
| 000012 | Advanta Bank Corp | $ 36,769.50 | $ 21,616.29 |
| 000013 | CHASE BANK USA | $ 12,462.52 | $ 7,326.55 |
| 000014 | CHASE BANK USA | $ 11,077.80 | $ 6,512.49 |
| 000015 | CHASE BANK USA | $ 10,074.59 | $ 5,922.71 |
| 000016 | CHASE BANK USA | $ 15,205.30 | $ 8,938.99 |
| 000017 | CHASE BANK USA | $ 11,074.80 | $ 6,510.72 |
| 000018 | Capital Recovery II LLC | $ 1,882.84 | $ 1,106.90 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000019* | *American Express Bank FSB* | $ 5,860.83 | $ 3,445.50 |
| *000020* | *FE Wheaton & Co./Pro Build* | $ 1,409.52 | $ 828.64 |
| *000021* | *American Express Bank FSB* | $ 7,217.55 | $ 4,243.10 |
| *000022* | *Great Lakes Higher Ed Guaranty Corp.* | $ 47,564.97 | $ 27,962.80 |
| *000023* | *American Express Centurion Bank* | $ 6,179.60 | $ 3,632.90 |
| *000024* | *1-800-Got Junk?* | $ 1,115.00 | $ 655.49 |
| *000025* | *Control'd Engineering Ge* | $ 359.88 | $ 211.57 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,757.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000026* | *Corporate Payment Services/GECFI* | $ 3,757.65 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/   David R. Brown /s/_____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dgomez                 Page 1 of 2                   Date Rcvd: Oct 30, 2009
Case: 08-26199                 Form ID: pdf006              Total Noticed: 74

The following entities were noticed by first class mail on Nov 01, 2009.
db/jdb       +Larry R. Ledenbach,   Lucea M. Ledenbach,   834 N. Summit Street,   Wheaton, IL 60187-4454
aty          +Janet L Watson,   Law Offices of Janet L Watson,   330 South Naperville Road,   #405,
               Wheaton, IL 60187-5442
tr           +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
12663163     +1-800-Got Junk?,   22114 Heritage Dr,   Frankfort, IL 60423-8521
12663164    ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
             (address filed with court: Advanta Bank Corp,   P. O. Boox 30715,
               Salt Lake City, UT  84130-0715)
12663204    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,   P.O.Box 5308,   Elgin, IL  60121-5308)
13937142      Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12663166     +American Express,   P. O. Box 981537,   El Paso, TX 79998-1537
12663165     +American Express,   % Blitt & Gaines,   661 Glenn Avenue,   Wheeling, IL 60090-6017
12663167      American Express - Delta,   2965 W. Corporate Lakes Blvd,   Weston, FL  33331-3626
14048320      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14186068      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12663168     +Arrow Financial Services,   % Bronson & Miglaiccio, Llp,   799 Roosevelt Road, Bldg 6, Suite 316A,
               Glen Ellyn, IL 60137-5908
12663169     +Arrow Financial Services,   % Blatt, Hasenmiller, Leibsker And Moore,
               125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
12663173     +BP Business Solutions,   P. O. Box 1239,   Convington, LA 70434-1239
12663171     +Bank Of America, N.A,   P. O. Box 15026,   Wilmington, DE  19850-5026
12663172     +Bank Of America, N.A,   4161 Piedmont Parkway,   Greensboro, NC 27410-8119
12663170     +Bank Of America, N.A,   % Freedman, Anselmo, Lindberg & Rappe, L,   P. O. Box 3228,
               Naperville, IL 60566-3228
12720970     +Bank One, N A,   P O Box 981127,   El Paso, TX 79998-1127
12663174     +Brook Electric,   645 Heathrow Drive,   Lincolnshire, IL 60069-4206
12663175     +Buikema's Ace Hardward,   1030 N. Washington Street,   Naperville, IL 60563-2700
12685772     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
               NORCROSS, GA 30091-5155
13952849     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12663177      Capital One Bank,   P. O. Box 30285,   Salt Lake City, UT  84130-0285
12663176     +Capital One Bank,   % Blitt And Gaines, P.C.,   661 Glenn Ave.,   Wheeling, IL 60090-6017
12663199      Capital Recovery II(FIA Card Services, N A),   c/o Recovery Management Systems Corp.,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
12663178      Chase Bank,,   P. O. Box 15298,   Wilmington, DE  19850-5298
12663181      Chase Bank, N.A.,   P. O. Box 15298,   Wilmington, DE  19850-5298
12663180     +Chase Bank, N.A.,   Bank One CArd Service,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12663179     +Chase Bank, N.A.,   % Michael D. Fine,   131 South Dearborn Street, Floor 5,
               Chicago, IL 60603-5571
12663182      Citgo Credit Card Services,   P. O. Box 6890095,   Des Moines, IA  50368-9100
12663183      Citi Business Cards,   P. O. Box 44180,   Jacksonville, FL  32231-4180
12663185      Citi Cards,   P. O. Box 44167,   Jacksonville, FL  32231-4167
12663184     +Citi Cards,   P. O. Box 6241,   Sioux Falls, SD 57117-6241
12663186     +Citibank South Dakota,   % Blatt, Hasenmiller, Leibsker And Moore,
               125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
12663187      Citibank/Office Depot,   P. O. Box 689161,   Des Moines, IA  50368-9161
12663188     +Citicorp Credit Services,   % United Collection Bureau,   5620 Southwyck Blvd, Suite 206,
               Toledo, OH 43614-1501
12663189      Citicorp Credit Services,   P. O. Box 6077,   Sioux Falls, SD  57117-6077
12663190      Citicorp/Home Depot Credit Services,   P. O. Box 689100,   Des Moines, IA  50368-9100
12663191      Citicorp/Home Depot Credit Services,   P. O. Box 689119,   Des Moines, IA  50368-9119
12663192     +Control'd Engineering Ge,   299 Roosevelt Road,   Glen Ellyn, IL 60137-5689
12663193     +Corporate Payment Services/GECFI,   4246 South Riverboat Road,   Salt Lake City, UT 84123-2551
12720971     +Corporate Receivables,   Dept 087,   P O Box 4115,   Concord, CA 94524-4115
12721000     +Craftsman of Wheaton, Inc,   834 N. Summit Street,   Wheaton, IL 60187-4454
12663194     +DEX,   1615 Bluff City Highway,   Bristol, TN 37620-6055
12663195     +Direct Merchants Credit Card Bank,   % Blatt, Hasenmiller, Leibsker & Moore,,
               125 S. Wacker, Suite 400,   Chicago, IL 60606-4440
12663196     +Du Page Credit Union,   1515 Bond Street,   Naperville, IL 60563-0112
12663197      Du Page Credit Union,   P. O. Box 3930,   Naperville, IL  60567-3930
12663198     +FE Wheaton & Co./Pro Build,   204 W. Wheaton Ave,   Yorkville, IL 60560-4545
12947819      FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12926642     +FIA Card Services, N.A/succ to Bank of America, NA,   and MBNA America Bank, NA,   Attn: Mr. M-BK,
               1000 Samoset Drive, DE5-023-03-03,   Newark, DE 19713-6000
12663200      Fitz Floors,   0 N 724 Indian Knoll Road,   West Chicago, IL  60185
12663201     +GE Consumer Finance,   %NCO Financial Slystems,   P. O. Box 15630 - Dept 99,
               Wilmington, DE 19850-5630
12663202     +Ge Corporate PaymentServices,   4246 South Riverboat Road,   Salt Lake City, UT 84123-2551
12663203     +Goal Financial LLC/GLELSI on behalf of Great Lakes,   Higher Education Guaranty Corp.,
               P O Box 7858,   Madison, WI 53707-7858
12663205      Hsbc Bank Nevada,   P. O. Box 17313,   Baltimore, MD  21297-1313
12663206      Hsbc Business Solutions,   Office Max,   P. O. Box 4160,   Carol Stream, IL  60197-4160
12663207     +IndyMac,   6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
12663208     +James Bowen,   415 W. Union Ave,   Wheaton, IL 60187-4905
12663162      Janet Watson,   330 S Naperville Road Suite 405,   Wheaton, IL  60187-5442
12663160     +Ledenbach Larry R,   834 N Summit Street,   Wheaton, IL 60187-4454
12663161     +Ledenbach Lucea M,   834 N Summit Street,   Wheaton, IL 60187-4454
12720972     +Ltd Financial Services Inc,   7322 Southwest Freeway, Ste 1600,   Houston, TX 77074-2053
```

```
District/off: 0752-1           User: dgomez                Page 2 of 2                   Date Rcvd: Oct 30, 2009
Case: 08-26199                 Form ID: pdf006             Total Noticed: 74

 12764644       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
 12663209      +Renaissance Roofing,   P. O. Box 5024,   Rockford, IL 61125-0024
 12663210       Retail Services,   Menards,   P. O. Box 15521,   Wilmington, DE 19850-5521
 12663211       Richardson Mechanical,   0 N 111 Calvin Court,   Winfield, IL 60190-1119
 12663212      +The Chapman Company,   30 W 270 Butterfield Road,   Warrenville, IL 60555-1555
 12663213      +Villa Park Electrical,   420 W. North Ave,   Addison, IL 60101-4912
 12663214       Washington Mutual,   P. O. Box 660433,   Dallas, TX 75266-0433
 12663215      +Waste Management,   2421 W. Peoria Ave. Suite 210,   Phoenix, AZ 85029-4770
 12663216       Wells Fargo Bank,   % Brooks & Trinrud, P.C.,   3725 Blackhawk Road, Suite 200,
                 Rock Island, IL 61201
The following entities were noticed by electronic transmission on Oct 30, 2009.
 13952984      +E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2009 04:08:52     Capital Recovery II LLC,
                 As Assignee of FIA CARD SERVICES N.A.,   Recovery Management Systems Corp.,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
 12835673       E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 12896131*      PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2009**          **Signature:**   *Joseph Speetjens*